# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# KNOXVILLE DIVISION

| | | |
|---|---|---|
| JONATHAN E. BUCHANAN, | § § § | |
| Plaintiff, | § § | No.: 3:19-CV-262 |
| | § | *Jury Demanded* |
| vs. | § § | |
| NORFOLK SOUTHERN RAILWAY COMPANY, a corporation | § § § § | |
| Defendant. | § | |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(ii), comes the Plaintiff, *Jonathan Buchanan*, and by agreement with counsel for the Defendant, stipulates a dismissal of his action against the Defendant.

It is further understood and agreed by all parties that this Stipulation of Dismissal, dismisses this case against the Defendant, with each party to bear their own discretionary costs.

**ENTER** this _____ day of _____, 2020.

_____
**The Honorable H. Bruce Guyton**
**United States District Court Magistrate**

**APPROVED FOR ENTRY:**

WETTERMARK KEITH, LLC

S/James H. Wettermark, Esq.
*Attorney for Plaintiff*
100 Grandview Parkway, Suite 350
Birmingham, Alabama 35243
(205) 933-9500-Office
(205) 977-3431-Fax
E-Mail: James@wkfirm.com

BAKER, O'KANE, ATKINS & THOMPSON, PLLP
S/ John W. Baker, Jr., Esq., BPR #001261
Emily L. Herman-Thompson, Esq., BPR #021518
*Attorneys for Defendant*
2607 Kingston Pike, Suite 200
P.O. Box 1708
Knoxville, Tennessee 37901-1708
(865) 637-5600-Office
(865) 637-5608-Fax
E-Mail: jbaker@boatlf.com
E-Mail: ethompson@boatlf.com